AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:24-cv-21376-JLK |
| Cerebral, Inc. and Kyle Robertson | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Kyle Robertson
c/o William Burck
Quinn Emmanuel
1300 I St., NW
Washington DC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shana C. Priore
Francisco L. Unger
Joshua A. Fowkes
United States Department of Justice
450 5th St., NW,
Washington DC 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Apr 12, 2024

*s/ W. Cendejas*
Deputy Clerk
U.S. District Courts

**SUMMONS**

Angela E. Noble
Clerk of Court