UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 24-CV-21376-KING/REID

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CEREBRAL INC., et al.,

    Defendants.

_____/

**ORDER GRANTING THE PARTIES' JOINT MOTION TO SET BRIEFING SCHEDULE ON DEFENDANT KYLE ROBERTSON'S FORTHCOMING MOTION TO DISMISS**

THIS MATTER is before the Court on the Parties' Joint Motion to Set Briefing Schedule on Defendant Kyle Robertson's Forthcoming Motion to Dismiss (DE 20) (the "Joint Motion"), filed May 29, 2024. For good cause shown, and the Court being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Joint Motion **(DE 20)** is **GRANTED** as follows:

1. All deadlines related to Defendant Kyle Robertson's response to the original Complaint (DE 1) are terminated;

2. Defendant Kyle Robertson's Response to the United States' Amended Complaint (DE 21) is due sixty (60) days from the date that the United States filed its Amended Complaint (May 29, 2024);

3. The United States' Opposition to Defendant Robertson's Response is due sixty (60) days from the date that Defendant Robertson files his Response to the Amended Complaint; and

2

      4.      Robertson's Reply in Support of the Response is due twenty-one (21) days from the date that the United States files its Opposition.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 6th day of June, 2024.

*[Signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**cc:** **All Counsel of Record**