**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CV-21376-KING/REID**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**CEREBRAL, INC. et al.,**

    **Defendants.**

## ORDER GRANTING MOTION TO WITHDRAW JOSHUA THADDEUS FORDIN AS COUNSEL FOR DEFENDANT KYLE ROBERTSON

THIS MATTER is before the Court on the Motion to Withdraw Joshua Thaddeus Fordin as Counsel for Defendant Kyle Robertson (the "Motion") (DE 43), filed July 2, 2024. The Motion indicates that Mr. Fordin has departed Quinn Emanuel Urquhart & Sullivan, LLP and is no longer associated with the firm. DE 43 ¶ 3. The Motion further indicates that Shane Anthony Grannum will act as counsel of record for Defendant Robertson. *Id.* ¶ 4. Furthermore, the Motion indicates that Mr. Grannum has consented "to undertake all duties and responsibilities that Mr. Fordin previously undertook with respect to co-counsel's pro hac vice admission in this case." *Id.* ¶ 8 n.1. For good cause shown, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Motion **(DE 43)** is **GRANTED**; *and*

    2.    The Clerk of the Court is directed to **TERMINATE** Joshua Thaddeus Fordin as counsel of record for Defendant Kyle Robertson, as he has departed Quinn Emanuel Urquhart & Sullivan, LLP and is no longer associated with the firm.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 15th day of July, 2024.

*[Signature: James Lawrence King]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:   **All Counsel of Record**
**The Clerk of Court**