# EXHIBIT B

**Limited Time: $86 off Zealthy Weight Loss Program!**

# ZEALTHY

≡

# Privacy Policy

Last updated May 30, 2023

Thank you for choosing to be part of our community at Zealthy, Inc. ("we," "us," and "Zealthy"). Zealthy is committed to protecting your personal information and your right to privacy. When you visit our website and use our services, you trust us with your personal information. We take your privacy very seriously. We have created this Privacy Policy (the "Privacy Policy") with regard to the following website(s): www.getzealthy.com, and any affiliated websites or portals (collectively "website"). This Privacy Policy describes the types of information we may collect or that you may provide when you download or use the website or the features on the website, our practices for collecting, using, maintaining, protecting, and disclosing that information. We hope you take some time to read through it carefully, as it is important.

This Privacy Policy should be read in conjunction with the Terms and Conditions of Use for the website of which it forms part (the "Terms").

If you have any questions or concerns about this Privacy Policy or our practices with regards to your personal information, please contact us at support@getzealthy.com.

This Privacy Policy applies to all information collected through our website, in email, text, and other electronic communications sent through or in connection with the website and/or any related services, sales, marketing, or events (we refer to them collectively in this Privacy Policy as the "Services"). This Privacy Policy DOES NOT apply to information that:

· We collect offline or any other websites not described in this Privacy Policy.

· You provide to or is collected by any third party.

Further, this Privacy Policy does not apply to protected health information. Information that is protected health information may be subject to additional protections, and you may have additional rights regarding such information, pursuant to the federal Health Insurance Portability and Accountability Act of 1996 and its implementing regulations ("HIPAA"), and similar state laws, as applicable. Please refer to HIPAA Notice of Privacy Practices for more information regarding your protected health information.

Please read this Privacy Policy carefully to understand our policies regarding your information and how we treat it. By using this website or submitting information to us through or in connection with this website, you acknowledge having been informed that we collect, use and disclose your personal information in accordance with this Privacy Policy. If there are any terms in this Privacy Policy that you do not agree with, please discontinue use of our website and our services. This Privacy Policy may change from time to time. Your continued use of the website after we revise this Privacy Policy means you accept those changes, so please check the Privacy Policy periodically for updates.

## 1. MEDICAL ADVICE OR SERVICES

IF YOU ARE EXPERIENCING A MEDICAL EMERGENCY, YOU SHOULD DIAL "911" IMMEDIATELY.

The content of this website is for informational purposes only and does not constitute professional medical advice, diagnosis, treatment, or recommendations of any kind. Further, the website is not intended for use in the diagnosis of disease or other conditions, or in the cure, mitigation, treatment, or prevention of disease. You should always seek the advice of our board-certified medical practitioner or other qualified health care provider with any questions or concerns that you may have regarding your individual needs and any medical conditions. Visiting the website or registering an account does not create a physician-patient relationship. Reliance on the website without further consultation with a medical practitioner is solely at your own risk.

## 2. WHAT INFORMATION DO WE COLLECT?

The personal information you disclose to us:

We collect personal information that you voluntarily provide to us when using our website, expressing an interest in obtaining information about us or our products and services, when participating in activities on the website or otherwise contacting us.

The personal information that we collect depends on the context of your interactions with us or on the website, and the products and website features you use. The personal information we collect can include the following:

·Personal Information Provided by You. When you use our website, we may ask you provide information by which you may be personally identified, such as name, postal address, email address, telephone number, and information related to your health care ("personal information"). This information includes information that you provide by filling in forms on the website and records and copies of your correspondence (including email addresses and phone numbers and messages sent via website), if you contact us.

·Automatic Information Collection and Tracking. We automatically collect certain information when you visit, use, or navigate the website. This information does not reveal your specific identity (like your name or contact information) but may include device and usage information, such as your IP address, browser, and device characteristics, operating system, language preferences, referring URLs, device name, country, location, information about how and when you use our website and other technical information. This information is primarily needed to maintain the security and operation of our website, and for our internal analytics and reporting purposes.

·Payment Data Provided by You. We collect data necessary to process your payment if you make purchases, such as your payment instrument number (such as a credit card number), and the security code associated with your payment instrument.

All personal information that you provide to us must be true, complete, and accurate, and you must notify us of any changes to such personal information.

## 3. HOW DO WE USE YOUR INFORMATION?

We use personal information collected via our website for a variety of business purposes described below. We process your personal information for these purposes in reliance on our legitimate business interests, in order to enter into or perform a contract with you, with your consent, and/or for compliance with our legal obligations. We indicate the specific processing grounds we rely on next to each purpose listed below.

We use the information we collect or receive for the following purposes:

·To facilitate account creation and logon process.

·To fulfill any other purpose for which you provide it.

·To send you marketing and promotional communications. We and/or our third-party marketing partners may use the personal information you send to us for our marketing purposes if this is in accordance with your marketing preferences. You can opt-out of our marketing emails at any time (see the "WHAT ARE YOUR PRIVACY RIGHTS" below).

·To send administrative information to you. We may use your personal information to send you the product,

service, and new feature information and/or information about changes to our terms, conditions, and policies.

·Payment processing. If you purchase any of our products or services, we may use your personal information to process your payment.

·To post testimonials. We post testimonials on our website that may contain personal information. Prior to posting a testimonial, we will obtain your consent to use your name and testimonial. If you wish to update or delete your testimonial, please contact us and be sure to include your name, testimonial location, and contact information.

·Request Feedback. We may use your information to request feedback and to contact you about your use of our website or services.

·To enforce our terms, conditions, and policies. To respond to legal requests and prevent harm. If we receive a subpoena or other legal request, we may need to inspect the data we hold to determine how to respond.

·To carry out our obligations, enforce our rights arising from any contracts entered into between you and us, including billing and collection.

·To manage user accounts. We may use your information for the purposes of managing your account and keeping it in working order.

·To deliver services to the user. We may use your information to provide you with the requested service.

·To respond to user inquiries/offer support to users. We may use your information to respond to your inquiries and solve any potential issues you might have with the use of our website.

·To contact you when necessary about your account and use of the services.

·For other legitimate business purposes. We may use your information for other legitimate interests as a business, such as data analysis, identifying usage trends, preventing or detecting fraud or abuses, determining the effectiveness of our promotional campaigns, and evaluating and improving our website, products, services marketing, and your experience. We may use and store the information we collect in aggregated and anonymized form so that it is not associated with individual end-users and does not include personal information. We will not use identifiable personal information without your consent.

## 4. WILL YOUR INFORMATION BE SHARED WITH ANYONE?

We may disclose your information based on the following legal basis:

·Consent: We may process your information if you have given us specific consent to use your personal information for a specific purpose.

·Legitimate Interests: We may process your information when it is reasonably necessary to achieve our legitimate business interests.

·Performance of a Contract: Where we have entered into a contract with you, we may process your personal information to fulfill the terms of our contract.

·Legal Obligations: We may disclose your information where we are legally required to do so in order to comply with applicable law, governmental requests, a judicial proceeding, court order, or legal process, such as in response to a court order or a subpoena (including in response to public authorities to meet national security or law enforcement requirements).

·Vital Interests: We may disclose your information where we believe it is necessary to investigate, prevent, or take action regarding potential violations of our policies, suspected fraud, situations involving potential threats to the safety of Zealthy or others and illegal activities, or as evidence in litigation in which we are involved.

More specifically, we may need to process your data or share your personal information in the following situations:

·Vendors, Consultants, and Other Third-Party Service Providers. We may share your data with third-party

vendors, Consultants, and Other Third-Party Service Providers. We may share your data with third-party vendors, service providers, contractors, or agents who perform services for us or on our behalf and require access to such information to do that work. Examples include payment processing, data analysis, email delivery, hosting services, customer service, and marketing efforts. We may allow selected third parties to use tracking technology on the website, which will enable them to collect data about how you interact with the website over time. This information may be used to, among other things, analyze and track data, determine the popularity of certain content, and better understand online activity. Unless described in this Privacy Policy, we do not share, sell, rent, or trade any of your information with third parties for their promotional purposes.

·Business Transfers. We may share or transfer your information in connection with, or during negotiations of, any merger, divesture, restructuring, reorganization, dissolution, or other sale or transfer of some or all of our assets, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, in which personal information held by us about our users is among the assets transferred.

·Third-Party Advertisers. We may use third-party advertising companies to serve ads when you visit the website. These companies may use information about your visits to our website and other websites that are contained in web cookies and other tracking technologies in order to provide advertisements about products and services of interest to you.

·Other Users. When you share personal information (for example, by posting testimonials or other content to the website, if applicable) or otherwise interact with public areas of the website, such personal information may be viewed by all users and may be publicly distributed outside the website in perpetuity.

## 5. HOW LONG DO WE KEEP YOUR INFORMATION?

We will only keep your personal information for as long as it is necessary for the purposes set out in this Privacy Policy unless a longer retention period is required or permitted by law (such as tax, accounting, or other legal requirements). No purpose in this Privacy Policy will require us to keep your personal information for longer than the period of time in which users have an account with us.

When we have no ongoing legitimate business need to process your personal information, we will either delete or anonymize it, or, if this is not possible (for example, because your personal information has been stored in backup archives), then we will securely store your personal information and isolate it from any further processing until deletion is possible.

## 6. HOW DO WE KEEP YOUR INFORMATION SAFE?

We have implemented appropriate technical and organizational security measures designed to protect the security of any personal information we process.

We use reasonable care to protect your personal information provided by you to our website. We will periodically review and modify, where appropriate, its information security policies and procedures.

While we have in place security policies and procedures that seek to mitigate the risk of unauthorized access of your information, we cannot guarantee that the Internet is a secure medium. You should never divulge your account user name and password to anyone else. Although we will do our best to protect your personal information, the transmission of personal information to and from our website is at your own risk. Your information may be lost during transmission or may be accessed by unauthorized parties. We do not accept any liability for direct or indirect losses with regard to the security of your personal information or data during its transfer via Internet. Please use other means of communication if you think this is necessary or prudent for security reasons.

## 7. DO WE COLLECT INFORMATION FROM MINORS?

We do not knowingly solicit data from or market to children under 13 years of age. If we learn that personal information from users less than 13 years of age has been collected, we will deactivate the account and take reasonable measures to promptly delete such data from our records. If you become aware of any data we have collected from children under age 13, please contact us at support@getzealthy.com.

## 8. WHAT ARE YOUR PRIVACY RIGHTS?

·Account Information: If you would at any time like to review or change the information in your account or terminate your account, you can contact us at support@getzealthy.com. Upon your request to terminate your account, we will deactivate or delete your account and information from our active databases. However, some information may be retained in our files to prevent fraud, troubleshoot problems, assist with any investigations, enforce our Terms and Conditions of Use, and/or comply with legal requirements.

·Opting out of email marketing: You can unsubscribe from our marketing email list at any time by clicking on the unsubscribe link in the emails that we send or by contacting us using the details provided below. You will then be removed from the marketing email list. Please note, however, that we will still need to send you service-related emails that are necessary for the administration and use of your account. To otherwise opt-out, you can contact us at support@getzealthy.com.

·[This section is only applicable to residents of California.] California Civil Code Section 1798.83, also known as the "Shine The Light" law, permits our users who are California residents to request and obtain from us, once a year and free of charge, information about categories of personal information (if any) we disclosed to third parties for direct marketing purposes and the names and addresses of all third parties with which we shared personal information in the immediately preceding calendar year. If you are a California resident and would like to make such a request, please contact us by mail at Zealthy Inc. Attn.: California Privacy Rights, 429 Lenox Ave. Miami Beach, FL 33139, or by email at support@getzealthy.com.

If you are under 18 years of age, reside in California, and have a registered account on our website, you have the right to request the removal of unwanted data that you publicly post on the website. To request removal of such data, please contact us using the contact information provided below, and include the email address associated with your account and a statement that you reside in California. We will make sure the data is not publicly displayed on the website, but please be aware that the data may not be completely or comprehensively removed from our systems.

·[This section is only applicable to residents of the European Union.] If you are a resident in the European Union and you believe we are unlawfully processing your personal information, you also have the right to complain to your local data protection supervisory authority. You can find their contact details here: https://ec.europa.eu/info/law/law-topic/data-protection_en.

## 9. CONTROLS FOR DO-NOT-TRACK FEATURES

Most web browsers and some mobile operating systems and mobile applications include a Do-Not-Track ("DNT") feature or setting you can activate to signal your privacy preference not to have data about your online browsing activities monitored and collected. No uniform technology standard for recognizing and implementing DNT signals has been finalized. As such, we do not currently respond to DNT browser signals or any other mechanism that automatically communicates your choice not to be tracked online. If a standard for online tracking is adopted that we must follow in the future, we will inform you about that practice in a revised version of this Privacy Policy.

## 10. DO WE MAKE UPDATES TO THIS PRIVACY POLICY?

We may update this Privacy Policy from time to time. The updated version will be indicated by an updated "Revised" date and the updated version will be effective as soon as it is accessible. If we make material changes to this Privacy Policy, we may notify you either by prominently posting a notice of such changes or by directly sending you a notification. We encourage you to review this Privacy Policy frequently to be informed of how we are protecting your information.

## 11. HOW CAN YOU CONTACT US ABOUT THIS PRIVACY POLICY?

If you have questions or comments about this Privacy Policy, you may email us at support@getzealthy.com

# ZEALTHY

### Services

Weight Loss

Primary Care

Anxiety / Depression

Enclomiphene

Birth Control

Hair Loss

Erectile Dysfunction

Skincare

Pre-Workout

### About

About Us

Weight Loss FAQ

FAQ

Blog

Ratings & Reviews

Returns & Refunds

Contact Us

Careers

Log In

### Contact

support@getzealthy.com

429 Lenox Avenue

Miami Beach, FL 33139

(877)870-0323





© 2023 Zealthy, Inc. All rights reserved.

Terms of Use | Privacy Policy | Consent to Telehealth