# EXHIBIT E



ZEALTHY

Log in

# You're on your way to better health.

Let's see if Zealthy is right for you.

Create a free account to see if you're eligible for our weight loss program, or any other program you might be interested in.

Already have an account? Log in

 Continue with Apple

 Continue with Facebook

 Continue with Google

or

Email address *

Create a password *

**Continue with email**

By proceeding, I confirm that I am over 18 years old and agree to Zealthy's Terms and Privacy Policy