# EXHIBIT F

# Electronic Articles of Incorporation For

P23000012926
FILED
**February 10, 2023**
Sec. Of State
lyarbrough

ZEALTHY INC.

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

ZEALTHY INC.

## Article II

The principal place of business address:

1508 BAY ROAD
N1403
MIAMI BEACH, FL. US  33139

The mailing address of the corporation is:

1508 BAY ROAD
N1403
MIAMI BEACH, FL. US  33139

## Article III

The purpose for which this corporation is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The number of shares the corporation is authorized to issue is:

35,000,000

## Article V

The name and Florida street address of the registered agent is:

KYLE  ROBERTSON
1508 BAY ROAD
N1403
MIAMI BEACH, FL.  33139

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   KYLE ROBERTSON

P23000012926
FILED
February 10, 2023
Sec. Of State
lyarbrough

## Article VI

The name and address of the incorporator is:

KYLE ROBERTSON
1508 BAY ROAD
N1403
MIAMI BEACH, FL 33139

Electronic Signature of Incorporator:   KYLE ROBERTSON

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  CEO
KYLE  ROBERTSON
1508 BAY ROAD
MIAMI BEACH, FL.   33139  US

## Article VIII

The effective date for this corporation shall be:

02/06/2023

P230000I2926



900418865589

---

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer.

Date
Signature

Mr. Repplier gave authorization
to change name 01/24/24
dcc

Office Use Only

.1/18/23--01017--016  ＊05.00

2024 JAN 24  AM 11:09
SECRETARY OF STATE
FILED

JAN 2 4 2024

D CUSHING

## COVER LETTER

**TO:** Amendment Section
  Division of Corporations

**NAME OF CORPORATION:** ZEALTHY, INC.

**DOCUMENT NUMBER:** P23000012926

The enclosed *Articles of Amendment* and fee are submitted for filing.

Please return all correspondence concerning this matter to the following:

MICHAEL REPPLIER
_____
Name of Contact Person

_____
Firm/ Company

429 LENOX AVE
_____
Address

MIAMI BEACH, FL 33139
_____
City/ State and Zip Code

MICHAEL.REPPLIER@GMAIL.COM
_____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

MICHAEL REPPLIER                            at ( 917 ) 7578513
_____
Name of Contact Person             Area Code & Daytime Telephone Number

Enclosed is a check for the following amount made payable to the Florida Department of State:

■ $35 Filing Fee   ☐ $43.75 Filing Fee &      ☐ $43.75 Filing Fee &      ☐ $52.50 Filing Fee
                      Certificate of Status          Certified Copy              Certificate of Status
                                                      (Additional copy is         Certified Copy
                                                      enclosed)                   (Additional Copy
                                                                                  is enclosed)

**Mailing Address**                        **Street Address**
Amendment Section                          Amendment Section
Division of Corporations                   Division of Corporations
P.O. Box 6327                              The Centre of Tallahassee
Tallahassee, FL 32314                      2415 N. Monroe Street, Suite 810
                                           Tallahassee, FL 32303



FLORIDA DEPARTMENT OF STATE
Division of Corporations

December 5, 2023

MICHAEL REPPLIER
429 LENOX AVE
MIAMI BEACH, FL  33139

SUBJECT: ZEALTHY INC.
Ref. Number: P23000012926

We have received your document for ZEALTHY INC. and your check(s) totaling $35.00.   However, the enclosed document has not been filed and is being returned for the following correction(s):

The date of adoption of each amendment must be included in the document.

If the corporation is a **PROFIT** corporation it must be signed by a director, president or other officer - if directors or officers have not been selected, by an incorporator - if in the hands of a receiver, trustee, or other court appointed fiduciary, by that fiduciary.

Please return your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 245-6050.

Anissa Butler
Regulatory Specialist II

Letter Number: 523A00027736

.

Articles of Amendment
to
Articles of Incorporation
of

ZEALTHY, INC.
_____
**(Name of Corporation as currently filed with the Florida Dept. of State)**

P23000012926
_____
(Document Number of Corporation (if known)

Pursuant to the provisions of section 607.1006, Florida Statutes, this *Florida Profit Corporation* adopts the following amendment(s) to
its Articles of Incorporation:

**A.  If amending name, enter the new name of the corporation:**

GRONK, INC. _____ *The new*
*name must be distinguishable and contain the word "corporation," "company," or "incorporated" or the abbreviation "Corp.,"*
*"Inc.," or Co.," or the designation "Corp," "Inc," or "Co". A professional corporation name must contain the word*
*"chartered," "professional association," or the abbreviation "P.A."*

**B.  Enter new principal office address, if applicable:**                 429 LENOX AVE, MIAMI BEACH, FL 33139
*(Principal office address MUST BE A STREET ADDRESS )*                   _____

_____

_____

**C.  Enter new mailing address, if applicable:**                         429 LENOX AVE, MIAMI BEACH, FL 33139
    *(Mailing address MAY BE A POST OFFICE BOX)*                           _____

_____

_____

**D.  If amending the registered agent and/or registered office address in Florida, enter the name of the**
    **new registered agent and/or the new registered office address:**

    *Name of New Registered Agent*     MICHAEL REPPLIER _____

                                        429 LENOX AVE _____
                                             *(Florida street address)*

    *New Registered Office Address:*    MIAMI BEACH, FL _____. Florida  33139
                                             *(City)*                          *(Zip Code)*

**New Registered Agent's Signature, if changing Registered Agent:**
*I hereby accept the appointment as registered agent.   I am familiar with and accept the obligations of the position.*

                        _____
                         *Signature of New Registered Agent, if changing*

**Check if applicable**
☐ The amendment(s) is/are being filed pursuant to s. 607.0120 (11) (e), F.S.

If amending the Officers and/or Directors, enter the title and name of each officer/director being removed and title, name, and address of each Officer and/or Director being added:

*(Attach additional sheets, if necessary)*

*Please note the officer/director title by the first letter of the office title:*

*P = President; V= Vice President; T= Treasurer; S= Secretary; D= Director; TR= Trustee; C = Chairman or Clerk; CEO = Chief Executive Officer; CFO = Chief Financial Officer. If an officer/director holds more than one title, list the first letter of each office held. President, Treasurer, Director would be PTD.*

*Changes should be noted in the following manner. Currently John Doe is listed as the PST and Mike Jones is listed as the V. There is a change, Mike Jones leaves the corporation, Sally Smith is named the V and S. These should be noted as John Doe, PT as a Change, Mike Jones, V as Remove, and Sally Smith, SV as an Add.*

**Example:**

| | | |
|---|---|---|
| X Change | PT | John Doe |
| X Remove | V | Mike Jones |
| X Add | SV | Sally Smith |

| Type of Action (Check One) | Title | Name | Address |
|---|---|---|---|
| 1) ____ Change | D | KYLE ROBERTSON | 1508 BAY ROAD, MIAMI BEACH |
| ____ Add | | | |
| X Remove | | | |
| 2) ____ Change | D | MICHAEL REPPLIER | 429 LENOX AVE, MIAMI BEACH |
| X Add | | | |
| ____ Remove | | | |
| 3) ____ Change | | | |
| ____ Add | | | |
| ____ Remove | | | |
| 4) ____ Change | | | |
| ____ Add | | | |
| ____ Remove | | | |
| 5) ____ Change | | | |
| ____ Add | | | |
| ____ Remove | | | |
| 6) ____ Change | | | |
| ____ Add | | | |
| ____ Remove | | | |

E. **If amending or adding additional Articles, enter change(s) here:**
   (Attach *additional sheets. if necessary).    (Be specific)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

F. **If an amendment provides for an exchange, reclassification, or cancellation of issued shares,**
   **provisions for implementing the amendment if not contained in the amendment itself:**
        (*if not applicable, indicate N/A*)

_____

_____

_____

_____

_____

_____

_____

**The date of each amendment(s) adoption:** _____, if other than the date this document was signed.

**Effective date if applicable:** _____
*(no more than 90 days after amendment file date)*

**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

**Adoption of Amendment(s)**          (**CHECK ONE**)

■ The amendment(s) was/were adopted by the incorporators, or board of directors without shareholder action and shareholder action was not required.

☐ The amendment(s) was/were adopted by the shareholders. The number of votes cast for the amendment(s) by the shareholders was/were sufficient for approval.

☐ The amendment(s) was/were approved by the shareholders through voting groups. *The following statement must be separately provided for each voting group entitled to vote separately on the amendment(s):*

"The number of votes cast for the amendment(s) was/were sufficient for approval

by _____."
      *(voting group)*


Dated __12/18/23_____

Signature _____
        (By a director, president or other officer – if directors or officers have not been
        selected, by an incorporator – if in the hands of a receiver, trustee, or other court
        appointed fiduciary by that fiduciary)

KYLE ROBERTSON
_____
(Typed or printed name of person signing)

CEO
_____
(Title of person signing)