# EXHIBIT G

**FILED**
**Mar 25, 2024**
**Secretary of State**

# ARTICLES OF DISSOLUTION

Pursuant to section 607.1401, Florida Statutes, this Florida corporation submits the following Articles of Dissolution:

FIRST: The name of the corporation as currently filed with the Florida Department of State:

GRONK, INC.

SECOND: The document number of the corporation: P23000012926

THIRD: The file date of the articles of incorporation: February 10, 2023

FOURTH: None of the corporation's shares have been issued.

FIFTH: No debt of the corporation remains unpaid.

SIXTH: The net assets of the corporation remaining after winding up, if any, have been distributed.

SEVENTH: A majority of the incorporators or directors authorized the dissolution.

I submit this document and affirm that the facts stated herein are true. I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in section 817.155, Florida Statutes.

Signature:    .                                               REGISTERED AGENT
Electronic Signature of Signing Officer, Director, Incorporator or Authorized Representative