# EXHIBIT J



# About Cerebral

More about our mission, our approach to mental healthcare, and who we serve.

## 21 topics

[How often can I meet with my prescriber?](#)

[How often can I meet with my therapist?](#)

[Can I message my therapist or medication prescriber between sessions?](#)

[What medications does Cerebral offer?](#)

[Does Cerebral treat bipolar disorder?](#)

[What is the Cerebral Way?](#)

[Is there a Cerebral mobile app?](#)

[How does Cerebral work?](#)

[How long will I have to stay on medication?](#)

[Does Cerebral provide assessments and documentation for medical paperwork requests or applications?](#)

Back to top

What happens if I'm having side effects?

Do I get to choose my therapist?

Can I message my therapist between sessions?

How do I switch therapists if it isn't a good fit?

What is Cerebral?

How do I cancel my subscription?

How do I track my progress?

Who is Cerebral for?

Do I get to choose my prescriber?

How and when can I contact Cerebral?

What is Cerebral's mission?

# How often can I meet with my prescriber?

You will meet with your prescriber to complete your intake (typically done in one session). After that, you and your prescriber will decide how often you should meet according to their clinical recommendation and your specific needs.

If you need more support between sessions, you can log into your account and send us a message or book an extra session with your prescriber. Responses to messages can take up to 2 business days.

Your first payment of $180 only includes the initial intake session and three months of

membership benefits. Additional intake sessions and regular sessions are $80 per session

# How often can I meet with my therapist?

Your subscription plan includes weekly visits, up to 5 sessions per month.

You may schedule additional sessions, which will be billed at $65 per hour.

You can also log into your account and click on Messages, and then Therapist Chat, to send them a direct message between sessions if necessary.

# Can I message my therapist or medication prescriber between sessions?

**Therapy**

You can message your therapist directly in the therapist chat between sessions. Your therapist will also use this space to share the treatment plan you work on together and any summaries or notes about your sessions.
Log into your account to send them a message in Therapist Chat.

**Medication**

You can message our team of on-call clinicians anytime between sessions to discuss any questions, concerns, side effects, or refills you may need.

Log into your account and click on Messages to contact us.

If you need to reach your prescriber directly, schedule a session to check in.

**Please note:**

Responses to messages may take up to 2 business days.

# What medications does Cerebral offer?

We can prescribe hundreds medications that help manage symptoms for a wide range of conditions — including anxiety, depression, bipolar disorder, and ADHD.

**Selective Serotonin Reuptake Inhibitors (SSRIs)**

Escitalopram (Lexapro), sertraline (Zoloft), fluoxetine (Prozac), and more.

**Serotonin & Norepinephrine Reuptake Inhibitors (SNRIs)**

Duloxetine (Cymbalta), desvenlafaxine (Pristiq), and more.

**Atypical Antipsychotics**

Aripiprazole (Abilify), olanzapine (Zyprexa), quetiapine (Seroquel), ziprasidone (Geodon), and more.

We do not prescribe controlled substances — including sedatives (Valium, Xanax, Klonopin, etc.) or stimulants (Adderall, Vyvanse, Concerta, etc.). We do offer other medications that typically alleviate symptoms of common mental health conditions.

Learn more about what medications we offer

# Does Cerebral treat bipolar disorder?

Yes. We offer medication and therapy services that are proven to help reduce and manage symptoms of bipolar disorder.

You can meet with a prescriber or therapist to learn more about specific treatment options customized to fit your needs.

# What is the Cerebral Way?

The Cerebral Way is our intentional approach to improving your mental health.

Our program is built to give you specific goals and milestones to look forward to and help measure your progress over time. Our goal is that you'll learn the skills to navigate life's challenges on your own — and know you have the long-term support of your care team whenever you need it.

When you join Cerebral, you will:

- Build a personalized treatment plan with your therapist and/or prescriber to use as a guide for your sessions
- Complete an initial assessment before your first intake session, and then about once every 30 days to keep track of how your mental health changes throughout your treatment
- Meet with your therapist or prescriber periodically to review your treatment plan and make any necessary adjustments.

These steps give important structure to your mental health care journey and help you make more meaningful progression with your therapist or prescriber over time. Every person's journey is different, and our approach is tailored to your specific needs and flexible enough to make adjustments to your treatment along the way.

This approach is intended to help you play an active role in your mental health care with support from your therapist or prescriber. Research has shown this process contributes positively to better outcomes. We support you seeing real progress throughout your journey with us.

# Is there a Cerebral mobile app?

Yes. You can use it to schedule appointments, see your progress journey, message your care team, and more.

[Download from Google Play](#)

[Download from the App Store](#)

# How does Cerebral work?

Cerebral offers online, clinical and behavioral treatment from licensed and credentialed mental health professionals to help treat a wide range of mental health conditions. Our services include cost effective and convenient medication prescriptions and therapy.

When you sign up, you'll choose whether you are interested in medication, therapy, or both. Your therapist or prescriber will work with you to ensure the most appropriate treatment recommendations are customized for you and your situation.

After you choose your service, you can see all available therapists or prescribers licensed in your state and choose who you'd like to work with. Most clients are happy with their first choice, but you can switch anytime for any reason.

Once you choose a therapist or prescriber, you can see their availability and book your first session. Most clients are able to meet with someone within 3 days of signing up.

Your intake session includes a professional evaluation, personalized treatment plan, and typically a diagnosis.

If prescribed, medication clients can get a prescription sent to the pharmacy of their choice the very same day. Prescriptions filled by Cerebral's pharmacy include free expedited shipping directly to your door.

You'll meet with your prescriber or therapist for support and to keep making progress toward your goals.

**See what our medication and therapy services include**

What's included in therapy

What's included in medication

# How long will I have to stay on medication?

Length of treatment will depend on many factors. The goal is to provide you with the right amount of care for the right amount of time it takes for you to feel better.

You will work closely with your prescriber to find the right medication, dose, and regimine for you — and then make any necessary adjustments over time as needed. Every person is different, and long term options may be appropriate for some people and not for others.

Whether medication is helpful for you long-term or short-term, our team is here to guide you.

**Do you have insurance? Check your coverage here.**

 Cerebral                                                          Get started

reduce how long you continue treatment.

Addressing mental health concerns is not always a linear process, and support at Cerebral is available for as long as you need it.

## Does Cerebral provide assessments and documentation for medical paperwork requests or applications?

Yes. Our therapists and prescribers can complete paperwork or documentation related to:

- Family Medical Leave Act (FMLA)
- Leave Of Absence
- Social Security Disability
- Emotional Support Animals
- Fitness for Duty
- Return to Work
- Housing Evaluations

This is not a comprehensive list. We recommend you discuss any paperwork or documentation requests with your therapist or prescriber to make sure they can support you. Therapist Associates cannot complete documentation or paperwork.

Providing paperwork or documentation is up to the discretion of your therapist or prescriber and is not guaranteed. Approval for any paperwork or documentation may take time, and may require meeting with your therapist or prescriber over multiple sessions so they can make an informed decision.

Separately, Cerebral can provide clients with their medical records. Clients can log into their account to send us a message, or email support@cerebral.com to request them.

## What happens if I'm having side effects?

If you are experiencing serious side effects or need emergency help — call 911 immediately.

If you are **not** experiencing serious side effects or having an emergency — you can discuss any questions, concerns, side effects, or prescription refills with your care team. Log into your account to send them a message. Responses may take up to 2 business days.

If you would like to contact your prescriber directly, schedule a session with them.

## Do I get to choose my therapist?

Yes. After you sign up and choose a service, you'll see all available therapists who are licensed in your state.

From there, you can learn a bit about each one and see when they're available to meet. Once you find a therapist you want to work with, you can book a session right away. Most of our clients are able to meet with someone within 3 days of signing up.

See available therapists in your state

## Can I message my therapist between sessions?

Yes.

Log into your account to send a message in the Therapist Chat section of the messaging feature. Your therapist will also use this space to share any summaries or notes about your sessions.

Responses may take up to 2 business days.

## How do I switch therapists if it isn't a good fit?

Most clients find a therapist they like on the first try, but it's easy to switch anytime for any reason.

Log into your account and click on your therapist's profile to find a new one.

If you need more help, log into your account and send us a message.

# What is Cerebral?

Cerebral is a subscription-based online mental health care provider that offers 1-on-1 therapy, couples therapy, and medication prescription service plans. Plans include regular virtual sessions with our qualified and compassionate therapists and prescribers — as well as personalized treatment plans, progress tracking, and goal setting.

We offer long or short-term comprehensive and convenient care at monthly rates that are more affordable than traditional in-person care and many other telehealth providers.

Cerebral treats many mental health conditions, including:

- Anxiety
- Depression
- Insomnia
- Postpartum depression
- Menopausal depression
- ADHD (in certain states)
- Trauma and PTSD
- Bipolar disorder (in certain states)
- Alcohol dependence (in certain states)

We can also support:

- Relationship issues and divorce
- Stress management
- Anger management
- LGBTQI+ experiences
- Grief and loss
- Traumatic life events
- Confidence and self-esteem
- Phobias
- Coping with illnesses

# How do I cancel my subscription?

To cancel your subscription:

- [Log in to your account](#) through the mobile app or on a web browser
- Click the menu in the top right corner of the screen
- Go to My Account, then Subscription Plan > Cancel Subscription

Your subscription will stay active until your billing cycle ends. You can still meet with your prescriber or therapist during this time.

Once your billing cycle ends, you will no longer have access to your prescriber or therapist.
You can request your medical records anytime by emailing [support@cerebral.com](mailto:support@cerebral.com).

If you choose to re-subscribe later, we can't guarantee your previous prescriber or therapist will still be available. But you will see all available prescribers or therapists in your state, and can choose someone else to work with.

Any outstanding costs of services not covered by your recurring subscription fee will be billed to your payment method after your subscription ends — including medication refills or additional sessions beyond what's included in your plan.

We encourage you to discuss cancelation options with your prescriber or therapist before canceling your subscription. They can help you form a plan to safely transition out of your Cerebral therapy or medication plan. Whatever the situation, we are here to listen and help.

**Need more help?**

Contact **[support@cerebral.com](mailto:support@cerebral.com)** or send us a message in your account

# How do I track my progress?

Our program is built to help you see your progress over time. You'll work with your prescriber and/or therapist to build a personalized treatment plan made to help you make as much improvement as possible. About once a month, we'll also send you a regular mental health assessment to check in about how you're feeling.

# Who is Cerebral for?

Cerebral is for anyone:

- Age 18 years or older
- Living in an area that we serve
- Not a beneficiary of Medicare, Medicaid, or any other government-funded healthcare program (we are not currently enrolled in those programs)
- Experiencing symptoms a mental health condition
- Seeking effective support to improve their mental health

## Do I get to choose my prescriber?

Yes. After you sign up and choose a service, you'll see all available prescribers who are licensed in your state. From there, you can learn a bit about each one and see when they're available to meet. Once you find a prescriber you want to work with, you can book a session right away.

Most of our clients are able to meet with someone within 3 days of signing up.

See available prescribers in your state

## How and when can I contact Cerebral?

If you are injured or experiencing an emergency — dial 911.

Otherwise, you can contact us anytime 24/7.
Response times may take up to 2 business days.

Contact us:

- Email: support@cerebral.com
- Text or call: 415-403-2156

Our support team is online from:

- 6am – 6pm PT Monday – Friday
- 7am – 4pm PT Saturday and Sunday

Existing clients:

- Log into your account to send us a message.

Questions about medications, refills, side effects, and other clinical questions may require additional time to fully resolve depending on the request.

# What is Cerebral's mission?

Our mission is to democratize access to high-quality mental health care for all.

Factors like cost, convenience, and fear of judgment can sometimes make getting high quality mental healthcare difficult.

Cerebral offers an online, intentional, measurable, one-stop-shop approach to mental health care. We provide expert medication guidance and transformative 1-on-1 and couples therapy — at a lower monthly rate than most in-person providers.

We call our approach to care the Cerebral Way — which is an intentional program we established to give our clients a more clear way to understand their progress and goals.

Mental health is not linear and results happen over time — but we believe a clear plan for improvement is a critical part of long term success.The Cerebral Way includes:

- a personalized treatment plan,
- goal setting,
- monthly assessments, and
- dedicated progress check-ins for all clients.

### About Cerebral

[21 Topics](#)



**Is Cerebral for me?**

9 Topics



**Therapy**

12 Topics



**Medication**

63 Topics

**Plans, Costs & Insurance**

25 Topics

## Popular Topics

What medications does Cerebral offer?

How do I choose a couples therapist?

What is the Cerebral Way?

Does Cerebral offer support for veterans and active military personnel?

What should I do if I'm experiencing a crisis or emergency?

How does Cerebral work?

Does Cerebral provide assessments and documentation for medical paperwork requests or applications?

Do I need to pay for shipping on medication?

Do I get to choose my therapist?

How do I switch therapists if it isn't a good fit?

In which states is Cerebral available?

Who is Cerebral for?

How and when can I contact Cerebral?

What is Cerebral's mission?

Call **911** if you're having a mental health emergency

Text **Home** to **741-741** if you're in emotional distress and need immediate support

Call **988** For National Suicide Prevention Hotline

Notices

FTC Exhibit A

Legal

Accessibility Statement

Notice of Privacy Practices

California Privacy Notice

Terms and Conditions

Privacy Policy

Do Not Sell or Share My Personal Information

Sharing Settings

Company

About/Mission

Careers

Press

Our Research

Cerebral Heroes

Resources

Blog

FAQ

Refer a Friend

Reviews

Couples

Medication

# Let's stay in touch

Get the latest in mental health,
free events, feature updates and
more.

Name

Email

☐ I accept the Cerebral HIPAA Marketing Authorization.

Submit




© 2024 Cerebral Inc. All rights reserved.

2093 Philadelphia Pike #9898 Claymont, DE 19703