# EXHIBIT K

Limited Time: $86 off Zealthy Weight Loss Program!

ZEALTHY    Services  Weight Loss  About  Careers  Log In  Sign

# FAQ

Common questions and answers about Zealthy

**If you are a weight loss member or interested in weight loss at Zealthy, use this link for weight loss specific FAQs:** https://www.getzealthy.com/weight-loss-faq

## Program Overview

What is Zealthy?

Who is Zealthy for?

What can I use Zealthy for?

What are Zealthy's customer service hours?

Do I need to see a healthcare provider in person to use Zealthy?

How do I access my account?

How much does a Zealthy membership cost?

Our Zealthy weight loss program is only $49 (limited time). The typical program cost is $135/month. We're offering a free provider review of birth control requests. We're offering members $20 off their first erectile dysfunction order. Our mental health program is currently 60% off for your first month. Each intake form takes about 5 minutes.

What does it cover?

## Birth Control

Does Zealthy offer birth control?

Does Zealthy accept insurance for birth control?

Can I get birth control without insurance?

Limited Time: $86 off Zealthy Weight Loss Program!

ZEALTHY   Services   Weight Loss   About   Careers   Log In   Sign

How effective is birth control?

## Personalized Psychiatry Program

What does Zealthy's Personalized Psychiatry Program include?

How much does the program cost?

For a limited time we are offering 60% off your first month! For your first month it would only be $39 and every month after $99.

When will I start to feel better?

How will I communicate with my care team?

## General Medical

What is Zealthy's philosophy behind medical care?

What happens if I need to go to the hospital?

What is the "Treat Me Now" option at Zealthy?

Does Zealthy offer Urgent Care?

Who are the healthcare professionals at Zealthy?

What should I expect from my care team at Zealthy?

Is it legal to prescribe medication online?

Is this a safe way to receive medical treatment?

Are Zealthy visits performed using video?

Can I use any pharmacy for medication prescribed by a Zealthy provider?

How do you select your providers?

Limited Time: $86 off Zealthy Weight Loss Program!

**ZEALTHY**  Services ⌄   Weight Loss ⌄   About ⌄   Careers ⌄   Log In   Sign

Can Zealthy handle emergency situations?

## Billing

How much does a visit cost?

How much does medication cost?

Our coordination team can work with you to get your medication covered or provide different options. Our medication prices start as low as $10/month, ensuring you can receive affordable care at every step of your treatment.

Can I use my HSA/FSA funds?

Can I pay out of pocket?

Does Zealthy accept Medicare or Medicaid?

How do I update my payment information?

Why do I have to upload a picture of my face or a government-issued ID?

How do I cancel my account?

## Prescriptions & Refills

What medications do you offer?

Can I have medication delivered to my home?

I currently have my medication sent to a local pharmacy - can I change to at-home delivery using Zealthy?

Can I use my insurance to pay for prescriptions from Zealthy's pharmacy delivery?

Can I use any pharmacy?

Do you prescribe controlled substances at Zealthy?