UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-21376-KING/REID

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CEREBRAL, INC. et al.,

    Defendants.

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT KYLE ROBERTSON

THIS CAUSE comes before the Court on the Unopposed Motion to Withdraw Shane Anthony Grannum as Counsel for Defendant Kyle Robertson (the "Motion") (DE 76), filed January 3, 2025. The Motion states that Mr. Grannum has departed Quinn Emanuel Urquhart & Sullivan LLP and is thus no longer associated with the firm. DE 76 ¶ 3. The Court, having reviewed the Motion, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE 76) is **GRANTED**. The Clerk of the Court is directed to **TERMINATE** Shane Anthony Grannum as counsel of record for Defendant Kyle Robertson.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida, this 6th day of January, 2025.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE