AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 24-CV-21376-King/Reid |
| Cerebral, Inc. et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Kyle Robertson.

Date: 02/20/2025

/s/ Bradley J. Bondi
*Attorney's signature*

Brandly J. Bondi (Fla. Bar No. 162396)
*Printed name and bar number*
Paul Hastings LLP
2050 M Street NW
Washington, DC 20036

*Address*

bradbondi@paulhastings.com
*E-mail address*

(212) 318-6601
*Telephone number*

(212) 318-6601
*FAX number*