UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CEREBRAL, INC. et al.,

    Defendants.

Case No.: 24-CV-21376-KING/REID

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 11.1(d)(3), attorneys William A. Burck, Jan-Philip Kernisan, Daniel Koffmann, Robert Longtin, and Laura N. Ferguson, all of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, with the consent and approval of Defendant Kyle Robertson ("Defendant") and Plaintiff United States of America ("Plaintiff"), hereby file this motion to withdraw as counsel for Defendant and state as follows:

1.    The above-named attorneys of the law firm Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel") represent Defendant in the above-captioned action and presently serve as counsel of record for Defendant.

2.    However, as of today's date, Quinn Emanuel will no longer be representing Defendant in this action.

3.    Defendant remains represented by Fernando L. Tamayo, Esq., and Amanda M. Comas, Esq., *see* ECF Nos. 35, 40, and by Brandly J. Bondi, Esq., *see* ECF No. 79. Defendants' current counsel can be reached by mail at 2601 South Bayshore Drive, Penthouse, Miami, Florida 33133 and 2050 M Street NW, Washington, DC 20036, respectively.

4. Quinn Emanuel's withdrawal as counsel will cause no prejudice to any party and will not impact the case schedule. Defendant has given his consent and approval for the above-named Quinn Emanuel attorneys to withdraw from this case.

5. Undersigned counsel has conferred with Defendant and Plaintiff's counsel as required by the Local Rules. Plaintiff does not oppose this motion. A proposed Order granting the motion is being submitted concurrently herewith.

WHEREFORE, attorneys William A. Burck, Jan-Philip Kernisan, Daniel Koffmann, Robert Longtin, and Laura N. Ferguson, all of Quinn Emanuel, respectfully request that the Court enter an Order granting this motion to withdraw as counsel for Defendant in this matter.

DATED: February 26, 2025                          Respectfully submitted,

                                                **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

                                                */s/ Laura N. Ferguson*
Laura N. Ferguson
Florida Bar No. 1047701
lauraferguson@quinnemanuel.com
2601 S. Bayshore Drive, Suite 1550
Miami, Florida 33133-5417
Tel: (786) 850-3612

William Burck (*pro hac vice*)
Jan-Philip Kernisan (*pro hac vice*)
1300 Eye Street, N.W., Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
williamburck@quinnemanuel.com
jpkernisan@quinnemanuel.com

Daniel Koffmann (*pro hac vice*)
Robert Longtin (*pro hac vice*)
295 Fifth Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
danielkoffmann@quinnemanuel.com
robertlongtin@quinnemanuel.com

*Counsel for Defendant Kyle Robertson*

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of February, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

By: /s/  *Laura N. Ferguson*
Laura N. Ferguson
Florida Bar No. 1047701