UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CEREBRAL, INC. et al.,

    Defendants.

Case No.: 24-CV-21376-KING/REID

**ORDER GRANTING UNOPPOSED MOTION TO**
**WITHDRAW COUNSEL FOR DEFENDANT KYLE ROBERTSON**

    THIS MATTER is before the Court on the Unopposed Motion to Withdraw Counsel for Defendant Kyle Robertson (the "Motion") (DE 81), filed February 26, 2025. The Court, having reviewed the Motion, and being otherwise fully advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** that the Motion **(DE 81)** is **GRANTED.** The Clerk of the Court is directed to **TERMINATE** attorneys of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, specifically, William A. Burck, Jan-Philip Kernisan, Daniel Koffmann, Robert Longtin, and Laura N. Ferguson, as counsel of record for Defendant Kyle Robertson.

    **DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 4th day of March, 2025.

                                                                  JAMES LAWRENCE KING
                                                                  UNITED STATES DISTRICT JUDGE

**cc:**     **All counsel of record**