UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-21376-RAR

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**CEREBRAL, INC.,** *et al.*,

    Defendants.

_____/

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

**THIS CAUSE** comes before the Court on Amanda M. Comas and Coffey Burlington P.L.'s Motion to Withdraw as Counsel for Zealthy, Inc., Gronk, Inc., Bruno Health, P.A. and Kyle Robertson ("Defendants"). [ECF No. 104]. The Court having reviewed the Motion and the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. **Amanda M. Comas and Coffey Burlington, P.L.** are permitted to **WITHDRAW** as counsel of record for Defendants in this matter and are relieved of any and all further responsibility in these proceedings.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of April, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**