UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CEREBRAL, INC., et al.,<br><br>Defendants. | Case No. 24-cv-21376-KING/REID |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 11.1(d)(3)(B), notice is hereby given that MARKENZY LAPOINTE withdraws his appearance in the above-captioned action as counsel of record for Plaintiff the United States of America. The United States continues to be represented in this matter by other attorneys of record, and Mr. Lapointe's withdrawal will not impede the efficient progress of the matter.  Mr. Lapointe is now with the law firm of Pillsbury Winthrop Shaw Pittman LLP and his new address is listed below.

Dated: May 8, 2025.

By: */s/ Markenzy Lapointe*
Markenzy Lapointe
Florida Bar No. 172601
Markenzy.lapointe@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
600 Brickell Avenue, Suite 3100
Miami, Florida  33131
Phone: (786) 913-4900
Fax: (786) 913-4901

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court for the Southern District of Florida using the CM/ECF document filing system, which will send transmissions of Notices of Electronic Filing on all Counsel of Record.

By: /s/ *Markenzy Lapointe*
Markenzy Lapointe
Florida Bar No. 172601