# Exhibit 1

## Declaration of Giovan Aloisio

## filed subject to conditional sealing