Exhibit 2

DECLARATION OF DR. STEVEN MCDONALD

I, Dr. Steven McDonald, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I would testify as follows:

1.      My name is Dr. Steven McDonald. I reside in New York, New York. I currently work as a Medical Director at a startup called Wheel, and also work as a per-diem Emergency Medicine physician based at Northwell Greenwich Village Hospital in New York. I received my MD in 2014 from Columbia University and have practiced medicine since then. I previously worked for Zealthy, Inc., in 2024, first from June through August as a part-time Medical Director in a contractor capacity, and then, until October 2024, as a full-time Medical Director.

2.      In early June 2024, I began working in a part-time capacity reporting into Kyle Robertson and Zealthy, Inc. In this role, I worked for six hours each week in a corporate role. My role was limited to helping advise the company about construction of its telemedicine protocols. For example, I helped to research and brainstorm policies and guidelines for the company's telemedicine operations.

3.      In August of 2024, I then began a full-time role with Zealthy as Medical Director. As with my prior, part-time role, my role was limited to a corporate function and did not involve participating in or personally conducting any clinical care.

4.      I was specifically told and assured by Zealthy's CEO Kyle Robertson in the context of my hiring and onboarding that my role would be purely corporate and not clinical in nature. It was important to me to maintain this distinction in part because, at that time, I was only licensed to practice medicine in New York State. At that time, Zealthy did not operate in New York, only treating patients in other states. As a result, it would have been illegal for me to personally treat or supervise the treatment of patients on the Zealthy platform in states where I was not licensed.

5. During all my time working for Zealthy, my work was to ensure the clinical rigor of Zealthy's protocols and never to participate in direct patient care as this would have been illegal given my licensure. I never saw or treated a patient or directed the treatment or clinical evaluation of a patient. I never ordered a prescription for a Zealthy patient and never participated in clinical evaluation, diagnosis, or treatment for a Zealthy patient or through Zealthy's platform. I never submitted or directed the submission of a prior authorization request seeking medications for any Zealthy patient. I did not personally supervise the clinical care of any Zealthy medical providers for Zealthy patients.

6. After I started at the company full-time, I noticed that my name and National Provider Identifier number appeared to show up in company documents and charts in a way that suggested that my name and NPI were being used without my knowledge in Zealthy's clinical practices.

7. In late August 2024, I opened Zealthy's account page with a prior authorization platform vendor called CoverMyMeds and saw that I was listed there as a Zealthy prescriber. This surprised and concerned me because I was not licensed at that time to practice or oversee medical practice in any state where Zealthy was then operating.

8. While I was working at Zealthy and while reading messages on a company Slack channel, I also came across what appeared to be references to the use of my name and NPI to submit prior authorization requests by company employees without my knowledge. This appeared to include distribution of my name and NPI for use in submitting prior authorization requests for Zealthy patients before I had even joined Zealthy as a full-time employee.

9. When I saw myself listed as a Zealthy prescriber on CoverMyMeds, I was alarmed and raised this to Zealthy's CEO, Kyle Robertson. He assured me that nothing

fraudulent was going on and that my credentials were not being improperly used to order prescriptions or send prior authorization requests for Zealthy patients. He specifically assured me that my name and NPI were not being used in any manner in Zealthy's clinical operations. In a subsequent exchange that I recall later in August, Mr. Robertson reached out to me on August 19, 2024, to tell me that he needed to update my fax number for a CoverMyMeds issue. I asked Mr. Robertson at this point to clarify whether my information was being used to authorize any medications, and he assured me in a text message that "there are no meds being authorized" in my name.

10. In addition to seeing these Zealthy records appearing to suggest misuse of my name and NPI to order prescriptions, I had also found out, starting in August of 2024, that a huge amount of mail was apparently being addressed to me and delivered to the mailroom of my prior employer, Columbia University. A former colleague reached out on August 12, 2024, to tell me that "we've been getting stacks of letters for you from insurance companies." I asked him to forward me the letters but at first did not think anything of it and it took several weeks for some of the letters to be forwarded. When I received copies of some of this mail and opened it up, I found what appeared to be copies of prior authorization response letters for Zealthy patients that were being addressed to me and that listed me as the prescriber who had supposedly requested the prior authorizations. I was shocked. I had never submitted, or directed the submission of, a single prior authorization request during my time at Zealthy. I have never seen or supervised the treatment of any of these patients.

11. In total, hundreds of pieces of mail appearing to involve prior authorization requests that Zealthy had submitted without my knowledge or consent for Zealthy patients were mailed to me at the Columbia University mailroom. I have produced these records to the United

States, including more than 600 copies of hard mail that had been sent to me apparently in response to prior authorization requests. The letters reflect that Zealthy requested many prior authorizations for Zealthy patients in my name and without my knowledge or actual participation in, or personal supervision of the patients' care.

12.     I was further troubled by an additional experience while I was at Zealthy. In late September 2024, during a discussion in Zealthy's office that I participated in, Mr. Robertson appeared to do an impression of himself as a slave master driving Zealthy's employees to work hard, saying in an accent that I understood to be a mock slave master accent, "I don't want to be 'massa' Kyle." Afterwards, I discussed this exchange with another Zealthy colleague, Mr. Olu Ogunwale, a Zealthy Operations employee. Mr. Ogunwale responded when I raised concerns about Mr. Robertson's behavior by stating that in his view Mr. Robertson was running a "full criminal enterprise." Mr. Ogunwale went on to detail instances of what he said were credit card theft, inappropriate charges to patients, and inappropriate cancellation charges that he said Zealthy was engaging in. I then Googled Zealthy and Mr. Robertson and learned for the first time about the Department of Justice's lawsuit. Until this moment, I had remained unaware of such accusations and was concerned that the company had not reported any breaches of HIPAA to the US Government through appropriate channels.

13.     At this point, based on my mounting concerns about Zealthy and because I no longer believed Mr. Robertson's assurances about use of my name and NPI, I decided to leave the company. On October 4, 2024, I sent Mr. Robertson a resignation email explaining that "I must submit my resignation effective immediately." In the email, I explained that "there are several blind spots" that made it impossible for me to "hold the title of medical director," and I

explained that, as an example, "my NPI number was used without my awareness and therefore consent as early as July significantly before I joined the company full-time."

14.    I remain distressed by the way that Zealthy has used my name, NPI, and identity without my knowledge to order prescriptions for its patients. I never agreed to this use of my name or NPI and was specifically assured by Mr. Robertson that I would have no role in the care of Zealthy's patients. The prior authorization requests that Zealthy sent under my name and NPI contradict that assurance.

15.    This misuse of my NPI to order prescriptions for patients I never treated or directed medical care for jeopardizes my livelihood and is deeply troubling to me. I have worked very hard to become an Emergency Room physician. You only get one shot at this career, and I value my integrity. To have someone else jeopardize that and put my name on scripts and charts for patients I am not treating or even legally allowed to see is a complete betrayal.

16.    In April 2025, I submitted a whistleblower report to the Department of Justice to try to bring this misconduct to light. It was important to me to try to make sure that Zealthy did not similarly misuse the name or NPI of any other doctor again. In the whistleblower submission, I explained that I was aware that "Zealthy defrauded private insurance plans by falsely using [my] name and NPI on thousands of prior authorization requests for weight loss drug prescriptions…without [my] knowledge or consent."

17.    I emphasized in my whistleblower submission that I had only ever worked at Zealthy in a "non-clinical role," and "did not conduct any patient consultations or write any prescriptions, did not supervise or collaborate with any of the nurse practioners who saw patients, and was not even licensed in any of the states where patients were located…"  Based on the Zealthy prior authorization records that had been mailed to me, I also explained that I was

"aware that Zealthy has continued to use [my] name and NPI for prior authorization requests and prescriptions" through the April 2025 date of my whistleblower submission.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on April 12, 2026 in New York, NY

Dr. Steven McDonald