# Exhibit 5

## DECLARATION OF ANGELA SALTER PURSUANT TO 28 U.S.C. § 1746

I, Angela Salter, declare as follows:

1.      I am currently the Vice President, Partnerships and Sales for LegitScript LLC.

2.      For nearly a decade, LegitScript has provided a healthcare merchant certification service. Healthcare merchant applicants who meet LegitScript's certification standards and comply with the terms and conditions of the program are granted LegitScript certification.

3.      Certain large internet platforms, such as Google and Meta, require in-scope companies to achieve LegitScript certification as one of the prerequisites for advertising on those platforms. Additionally, in some situations LegitScript certification can be used in the payments ecosystem to reduce some high-risk merchant registration fees.

4.      A LegitScript-certified entity is required to inform LegitScript within thirty (30) days of becoming aware that it is the subject of any adverse or potentially adverse legal, ethical, government, or regulatory action related to its license(s), business or ethical practice, practice of medicine, or the dispensing of prescription drugs. Additionally, LegitScript-certified entities agree not to pose a risk to LegitScript's reputation. Certification can be revoked for failure to comply with these requirements.

5.      Zealthy, Inc. ("Zealthy") was granted LegitScript certification on May 26, 2023.

6.      Zealthy did not inform LegitScript that it was a defendant in this lawsuit within the 30-day period required by LegitScript-certified entities to inform LegitScript of potentially adverse legal action. Additionally, LegitScript determined that Zealthy's status as a defendant in this lawsuit posed a reputational risk to LegitScript.

7.      As a result, LegitScript decertified Zealthy on January 15, 2025.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

ANGELA SALTER

Date: _____4/8/26_____