# Exhibit 6

DECLARATION OF JODENE CUMMINGS

I, Jodene Cummings, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I would testify as follows:

1.      My name is Jodene Cummings. I currently reside in Shepherdsville, Kentucky, where I live in an RV campground with my husband.

2.      I signed up in February 2026 for a telemedicine service through a website for a company called AmRX. My goal was to explore potentially getting a GLP-1 medication. I saw online ads for a company called AmRX that appeared to be affordable so I decided to explore it.

3.      When I signed up through a website for AmRX, I completed a checkout page that required me to pay $39 with a payment card to sign up. My understanding at that point was that I was paying to be able to see a doctor to discuss potentially getting a GLP-1 medication. I did not realize at the time that I would be signed up for a recurring subscription.

4.      Within a few minutes of completing that checkout page, I received a text alert referencing a subscription membership. I replied back to that text saying I did not realize this was a subscription membership.

5.      When I navigated to the next pages on the AmRX website flow, I was taken to a second, different checkout page. This new checkout page presented actual costs for medications. This was the first time in the process that I was shown what these prices would be.

6.      After I was shown this new checkout page with the medication prices, I immediately realized that I did not want to proceed with these medication costs. Because this would have been a major purchase for me, I was not willing to go ahead without first discussing with my husband, who shares the credit card with me. The costs disclosed on this checkout page also appeared to be way too high for my budget. Given this, I just closed out the medication

checkout page and never completed the checkout. I never clicked the button at the bottom of the page that you had to click on to proceed, pay for, and request medications.

7.      Because the text alert I received had explained that this would be a subscription membership, which is not what I had wanted to sign up for, I also went ahead and immediately cancelled the subscription within 10 minutes of receiving the text alert.

8.      But even though I never completed the medications checkout page and immediately cancelled my account, the company proceeded to charge me a significant amount for medications I had not requested.

9.      On February 2, 2026, I received an email from a Zealthy address, "donotreply@getzealthy.com," with the subject line: "URGENT: Your provider is waiting," and the headline: "Reactivate your membership to receive Rx." I understood this to reflect that I had successfully cancelled my account right after I had signed up.

10.      But then, on February 3, 2026, I received a Zealthy email from "support@getzealthy.com" with the subject line, "Your Rx is on the way!" and explaining that "Your order has been shipped!" The email noted that an Rx had been ordered for me on February 3, 2026. I also received a text alert saying that a medication had been sent out and was on the way. Confusingly, this text alert was sent from a company called Zealthy, not AmRX. Zealthy had never been mentioned in the process before I received this text. I had no idea that AmRX was connected to Zealthy. Had I known that Zealthy was involved, I would not have signed up, because I was familiar with a lot of horror stories about Zealthy scamming people and making unauthorized charges to them that I had read about online while searching GLP-1 medications.

11.      I received another email on February 4, 2026, from a Zealthy customer support address under the name "Zara Williams" once again inviting me to reactivate the Zealthy account

I had cancelled and saying that if I reactivated, a provider would then be "ready to write your Rx" and would be "able to provide your treatment plan that may include GLP-1 medication."

12.     After receiving the communications from Zealthy saying that medication had been sent out, I checked my credit card statement and saw a surprising change had been made to my card for $866 by Zealthy. This was not the card I used to pay for the $39 fee so I had no idea how they got this card number. I was shocked by this charge. This amount maxed out nearly all the remaining credit that I had on my credit card.

13.     A description of the charge that I later received from a Zealthy customer support agent in an email exchange explained that $216 of the amount was for two additional months of a subscription membership, and the remaining $650 was for medication costs. But the only amount I had ever agreed to pay for was the initial $39 to sign up before I immediately cancelled the account.

14.     A medication was even shipped out by the company through UPS and arrived at the RV campground where I live. I had to refuse delivery given that I had never even ordered any medication or authorized this charge.

15.     While I never accepted the package, I later learned from a communication from a Zealthy support email address that the medication it had sent out to me was tirzepatide.

16.     As I result of this charge I never authorized, I was left with almost no available credit left over on my card. This caused huge financial strain and a lot of stress for my family.

17.     I was confused how the company could have charged me for this amount when I never even completed the medication checkout page and never authorized this charge.

18.      I was also confused because I had never interacted with a doctor, had never submitted an ID to the company, and had never provided any medical records.

19.     When this experience happened to me, I posted to a public Facebook group called "Zealthy is a Scam" describing my experience. That group is filled with a lot of people who report that Zealthy has taken advantage of them. Soon after I posted to that group, I received an email from a Zealthy support agent. Zealthy at this point got in touch with me and after many emails back and forth, offered to refund the two extra months they had charged me for the membership and a "discount" on the medication but refused to give me a full refund for the expensive medication I had never ordered. In all the communications I had with the company, the people emailing me had addresses that referenced Zealthy, not AmRX.

20.     I also submitted a complaint to the Better Business Bureau regarding the unauthorized charges Zealthy made to my card.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on April _09_ 2026 in Shepherdsville, KY

Joslene Cummings