# Exhibit 7

DECLARATION OF ALEXANDRIA SANDBERG

I, Alexandria Sandberg, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I would testify as follows:

1. My name is Alexandria Sandberg. I currently reside in Deptford, New Jersey. I work as a Technical Support Engineer.

2. I initiated a sign-up process on January 22, 2026, for a telemedicine service being offered by a company called Bioverse through a website for www.bioverse.com. During the sign-up process, the checkout page said I would have to pay $39 to sign up but would not let me see any other costs until after I completed this checkout.

3. After proceeding with the payment of $39, I was taken to a different checkout page that presented costs of medications. The costs were higher than what I was expecting for the specific medication I was interested in (Zepbound) and, before this page, these costs were not disclosed. Due to the prohibitive cost of the medications, I decided not to proceed with completing the medication checkout page. I also never submitted an ID to the company nor completed the ID verification. I never provided any medical records or any information about a medication request. I never submitted a request for medication or finalized the sign-up process. I also never spoke with a doctor or medical provider.

4. Because I had decided not to proceed with seeking medical care through Bioverse, I assumed that I would just be out of pocket for the $39 I had paid to explore Bioverse's treatment options and that nothing further would happen related to Bioverse. I was not aware that I might have been signed up for any recurring charges. My understanding at the time based on the enrollment flow was just that I was paying $39 to explore and learn more about Bioverse's treatment options.

5.      After electing not to proceed with the service offered from Bioverse, I received a text message from a phone number that referenced Bioverse. But then, over the next few days, on January 23, 2026, and January 27, 2026, that same number sent me texts referencing a different company called Zealthy. I began to also receive emails from Zealthy. These Zealthy messages referenced "your care team" and provided url addresses for a Zealthy website. At first, I assumed this was spam. I had no idea who Zealthy was and was confused. The Zealthy communications kept telling me to complete a sign-up. I eventually realized that these Zealthy communications might be related to my Bioverse sign-up because they were being sent from the same phone number and because I had never completed the medication order portion of the Bioverse sign-up process and the Zealthy communications kept inviting me to complete a sign-up. Throughout this process the relationship and distinction between Bioverse and Zealthy was unclear and confusing.

6.      I also noticed that the January 22, 2026, $39 charge that I had paid to sign up for Bioverse was listed on my bank statement with a reference to another company I had not heard of. On my American Express statement, the $39 charge appeared as "GLP-1 Bioverse Fee Dover DE," but then the Business Contact Details for the charge provided the name and website of a different company called RoenRX at roenrx.com. I had never heard of this company.

7.      When I realized the Zealthy communications might be connected to Bioverse, I replied to an email from Zealthy (daniella.johnson@getzealthy.com) which was encouraging me to finish signing up and explained I had never signed up for a Zealthy account. They informed me that only I would be able to cancel any Zealthy/bioverse account and they could not do that for me. I then tried to cancel any Zealthy account in my name  but when logging into a Zealthy account portal it showcased no memberships were active. When I tried to login to a Bioverse

account, through any links or interaction on the Bioverse webpage, I was redirected to complete sign-up and was unable to access the account profile. Links that were provided in emails to me from Zealthy would redirected me to a profile page that said I had no active membership with Zealthy.  Confusingly, when I went to the profile page, it appeared to show that a Zealthy Profile had been set up in my name and Gmail address, even though I had never heard of Zealthy or signed up for any service with them.

8.      I repeatedly asked Zealthy to cancel any account for me. But they kept saying they would not do so and that only I could cancel for myself. I explained to them that their links kept redirecting me to complete sign up, and that no active membership was showing up for me. I provided screenshots showing this, they responded that they were seeing an active account on their end but that they could not cancel it for me.

9.      On January 30, 2026, I then received a surprising email alert from Walgreen's stating that a prescription for a GLP-1 medication, Wegovy, had been sent out for me and was ready for pick-up at a pharmacy near my home address. This was shocking and confusing to me given that I had never completed the medication order page or requested any medication. I had also never provided an ID or any medical records to Bioverse. I had never interacted with a doctor and had never even asked for a medication. I had also never been to the Walgreen's location that showed up in the alert to fill a prescription and have no idea why the company sent a prescription there that I had never requested.

10.     The Walgreen's prescription record identified the prescription as from a provider I had never heard of named Jessica Fishburn. I had never interacted with someone named Jessica Fishburn and had never even heard that name. I later contacted the Walgreen's to ask about who

this provider was, and they provided a phone number for the provider. When I searched that number on Google, the number came up as connected to Zealthy.

11. At the time I received this Walgreen's alert, I had not had any discussion with any provider about obtaining Wegovy and had never requested that any provider prescribe me Wegovy. I had also never gone to that Walgreen's to fill a prescription and had never discussed with anyone having a prescription ordered or filled there on my behalf.

12. After I received this confusing prescription alert, I sent Zealthy emails where I tried to get them to cancel any account that had been set up in my name. They kept sending me links which said it was to a patient portal but the links simply redirected me to complete sign-up. I also noticed when I would access the Zealthy links that my profile page had a banner at the top of the page that said "Required to receive Rx: Verify ID." I saw that banner there on the Zealthy profile page on January 31, 2026, a day after the alert saying a prescription that I did not request had already been sent out to me. As that banner shows, I had never even sent an ID to Zealthy, but they sent me a prescription.

13. Due to my concerns about Zealthy's conduct and because they were still refusing to cancel any subscription in my name, I submitted a complaint to the Better Business Bureau on February 6, 2026, describing my experience with Zealthy. I described the company's lack of transparency around costs, the fact that they sent me a prescription medication I had not asked for or interacted with a doctor about, and the fact that they sent out a prescription even though I had not even completed the online sign-up process or submitted any form of identification or medical records. In my complaint to the Better Business Bureau, I described Zealthy's behavior as appearing to me "predatory and criminal." Soon after I had submitted this Better Business Bureau complaint, I was finally, for the first time, sent a link by Zealthy that allowed me to

cancel out a Bioverse subscription that I had been signed up for and that it turned out was *still* in place despite all my communications to the company demanding that any account be cancelled. The Bioverse profile page also had a banner at the top that said "Required to receive Rx: Verify ID."

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on April ___9___, 2026 in ___DEPTFORD, NJ___

Alexandria Sandberg