**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-cv-21376-RAR**

---

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

**ZEALTHY, INC., a corporation, and,**
**KYLE ROBERTSON, individually,**

      **Defendants.**

---

**NOTICE OF ERRATA AND CORRECTION OF TWO DECLARATIONS**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

PLEASE TAKE NOTICE that Plaintiff the United States hereby provides notice of errata and correction as follows.

On April 13, 2026, Plaintiff filed a Motion for Preliminary Injunction including various supporting declarations. ECF 223. Plaintiff errantly filed the wrong final and signature page for one of the declarations (ECF 223-3), and one declaration that includes duplicative language across the final two pages (ECF 223-8). Corrected copies of these declarations accompany this Notice. Plaintiff apologizes to the Court for these filing errors.

Dated: April 14, 2026           Respectfully submitted,

                              **FOR THE UNITED STATES OF AMERICA**

By: */s/ Francisco L. Unger*
Francisco L. Unger (A5503216)
Joshua A. Fowkes (A5503218)
Daniel K. Crane-Hirsch (A5501215)
Trial Attorneys

BRETT A. SHUMATE
Assistant Attorney General

SARMAD M. KHOJASTEH
Deputy Assistant Attorney General

Civil Division
LISA K. HSIAO
Acting Director
ZACHARY A. DIETERT
Assistant Director
U.S. Department of Justice
Civil Division
Enforcement & Affirmative Litigation Branch
450 5th Street, N.W. Suite 6400-South
Washington, D.C. 20044
joshua.a.fowkes@usdoj.gov
daniel.crane-hirsch@usdoj.gov
francisco.l.unger@usdoj.gov
Telephone: (202) 598-3855 (Unger)

Jason A. Reding Quiñones
United States Attorney
Southern District of Florida

Rosaline Chan
Assistant United States Attorney
Fla. Bar No. 1008816
United States Attorney's Office
99 N.E. 4th Street Miami, FL. 33132
Telephone: (305) 961-9335
Rosaline.Chan@usdoj.gov

***Counsel for Plaintiff the United States of America***