Exhibit 3

DECLARATION OF MELISSA WALLBURG

I, Melissa Wallburg, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I would testify as follows:

1.      My name is Melissa Wallburg. I currently reside in Iowa. I work as a customer support agent. I am a former employee of Zealthy, Inc. From December 2024 through April 2025, I worked as a Care Coordinator at Zealthy. My job consisted of handling and responding to incoming phone calls from consumers.

2.      In my work as a Care Coordinator, I routinely fielded calls from consumers who were calling in with complaints about Zealthy. In fact, nearly every call that I received during my time at Zealthy was from a consumer with a complaint. The biggest issues for consumers related to unauthorized charges and struggling to cancel a subscription.

3.      People frequently complained that Zealthy was making them pay amounts of money they said they had not authorized or agreed to pay. People also complained all the time that Zealthy was preventing them from cancelling an account. People called in all the time to complain that they had been signed up and charged for subscriptions without even realizing they were being signed up.

4.      Consumers were often very upset or shaken up by charges they were getting from Zealthy that they said they had not agreed to and were not able to stop. For example, I often got calls from older consumers, or consumers who were on social security, who would cry as they explained that Zealthy was charging them amounts they never agreed to pay or preventing them from cancelling and that they could not afford these payments.

5.      Many callers would also call in to report that Zealthy's online cancellation process did not work. People would explain that the cancellation page would never load or go forward. I remember consumers explaining that the cancellation page would just get stuck and keep cycling

endlessly, preventing them from ever cancelling. We also constantly got calls from people who said they were sent a link to cancel an account, but because they had never even completed the sign-up process after deciding not to proceed with Zealthy and exiting out from enrollment, the link would just take them to a page that invited them to continue and complete signing up instead of actually letting them cancel. These people felt trapped.

6.      We would also get calls from people all the time who reported that even though they had already cancelled their account, and even when it was cancelled a long time ago, they were still seeing new charges. This happened all the time and people would be very upset. Coordinators were trained in those scenarios to just say that a cancellation was still "processing."

7.      The worst part of my job was that we were prohibited from actually going in and cancelling for any of these people to stop the charges even when they were telling us they were being prevented from cancelling. While I was at the company, coordinators were specifically instructed that we were not allowed to cancel on behalf of consumers. That was a formal policy we were required to follow. This meant that even when people called up very angry, or crying, or having repeatedly tried to use the online cancellation process and explaining that it did not work, we were not allowed to cancel for them. We were even told that we would be reprimanded if we violated that policy and would be issued a "strike" or could be terminated for doing so.

8.      A similar, strict policy that seemed wrong to me is that when consumers called in to complain that they were seeing recurring charges that they had not agreed to, we were not allowed to bring up cancellation. We were not even allowed to mention the word cancellation. If we did that, we were told we would also get a strike or could be terminated. Just bringing up the word "cancel" if a consumer had not themselves said it or brought it up could lead to a strike. This meant, for example, that if a consumer did not realize they had been signed up for a

subscription and called in to say they were seeing unauthorized charges they never agreed to, we were not allowed to explain that they might have been signed up for an account that they needed to cancel to avoid more charges. I remember that this policy came from the top level of the company. I remember the CEO, Kyle Robertson, speaking to coordinators in a meeting about how we were not allowed to mention cancellation to consumers if they had not brought it up and that we could be issued a strike if we did so.

9.      Based on the calls from consumers that I was handling on a daily basis, I began to feel that Zealthy was corrupt. I remember talking with my family members at the time about my unease with Zealthy and my sense that Zealthy was screwing its consumers.

10.      Given that I am in my 60's, I have worked for a lot of companies that do things the right way and have proper procedures that you follow. But at Zealthy, there were a lot of red flags. The first clue that Zealthy was corrupt was that nearly every phone call coming in was from someone who wanted their money back. Another was that people would constantly say that they got charged even though "I never ordered this," or even though "I never talked to a doctor." People would also constantly report getting multiple charges on their cards that they had not agreed to, such as four or more unauthorized charges in a row. We got calls like this all the time. These calls left me wondering how anyone could do this and think it was ethical.

11.      Another Zealthy practice that I was troubled by was that the company would rush out medication shipments immediately after people had signed up, even when they cancelled immediately after signing up, and then tell people they could not get refunds because medications had already been approved or shipped. Based on what I observed, it seems that the company had a process in place where it would automatically ship out medications very quickly right after people signed up as an excuse to be able to then say to them that they could not get

refunds. This would happen even when consumers said they had never completed the sign-up process and had not ordered medications. I heard from consumers in that scenario all the time.

12. From the messages I reviewed as a coordinator, it sometimes seemed to me that the company was just sending automated messages to consumers saying prescriptions had been approved even when this had not actually happened. For example, consumers who signed up late at night might get an automated message after midnight saying a provider had approved a prescription. It did not seem realistic. As coordinators, we were also trained to dishonestly tell people that they could not get refunds because a pharmacy was already "processing" an order.

13. We would constantly get calls from people who said that they had never ordered a medication, and had just explored the website out of curiosity, but then were sent and charged for a medication. People would also constantly say that they had backed out of enrolling when they saw that the costs of medications were too high for them but then were sent a medication and charged anyway. I got calls like this almost every single day that I worked at Zealthy. There was very little we could do to help these consumers because we were generally not allowed to help them cancel and were told to tell them that refunds could not be provided when medications had already been shipped.

14. After a few months of working at Zealthy and hearing directly from so many consumers who were being taken advantage of, I was upset with how the company was mistreating people. As someone who was working at Zealthy, it was very obvious that the company was not doing right by its consumers. I felt that it was even worse that Zealthy was doing this to people who were struggling and seeking treatments for things like depression or weight loss. From what I could tell, the way Zealthy did things was all about charging people's cards and not letting them cancel.

15. In April 2025, I was so upset about how Zealthy was treating its consumers that I spoke out about it in a company messaging channel. On April 8, 2025, I wrote in my coordinator team's internal Slack channel to criticize the company and its CEO for these practices. In my message, I wrote that Mr. Roberston was ripping people off and that he better save a lot of money to pay back the people he was ripping off and needed to save himself from jail time. I recall that within about an hour of sending that Slack message, I was abruptly notified through an email that my position was being "terminated" effective "immediately." Prior to this, no one had ever told me that I was in any danger of being terminated.

16. While it was traumatic to lose my job, I stand by what I said. In my months working at Zealthy, I heard from so many people calling in to complain about being robbed or mistreated by Zealthy. A lot of these calls were from older people or people without a lot of means who would say that they could not afford the unauthorized charges because it was their social security or their rent money. A lot of people would say that they were forced to go to their banks to dispute the charges.

17. I felt the company put pressure on coordinators to be dishonest and to do things that were ethically wrong. As an older, single woman, I had a lot of pressure to keep the job, but I knew I also had to weigh what was morally ok. I reached a point where I felt I could not be involved in what Zealthy was doing to people. I do not like cheaters and integrity matters to me.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on April 8th, 2026 in Boone, Iowa

Melissa Wallburg