Exhibit 8

DECLARATION OF DEREK VANLUCHENE

I, Derek VanLuchene, hereby state that I have personal knowledge of the facts set forth below. If called as a witness, I would testify as follows:

1.      My name is Derek VanLuchene. I reside in Helena, Montana. I currently work as Program Manager with the National Criminal Justice Training Center focused on combating child abduction. Previously, I worked for thirteen years as an agent with the Montana Division of Criminal Investigation. Before that, I worked as a Montana police officer for eleven years.

2.      In October 2025, I signed up for a Zealthy subscription. I had come across Zealthy through a Google search that brought up Zealthy advertisements. The advertisements made Zealthy's medications look very cheap. The Zealthy ad I saw claimed that you could get a brand name GLP-1 drug, Wegovy, for around $100 instead of the more than a thousand dollars that I knew the drug normally costs.

3.      I went to Zealthy's website and began filling out an online enrollment flow. But during this process, after I filled out and completed a checkout page to sign up with Zealthy, I was taken to another page that showed that Zealthy's costs for medications were actually much higher than I had thought they would be based on Zealthy's advertisements.

4.      As soon as I saw that Zealthy's medication costs were too high for me, I navigated to the Zealthy website and cancelled the subscription I had signed up for. I cancelled within an hour of signing up. I did not order or request medications through Zealthy and

thought this would be the end of my interaction with Zealthy given that I had cancelled my account online.

5.      Instead, I discovered that Zealthy kept charging me even after I had cancelled the account. For several months after I had cancelled, Zealthy kept making monthly charges to my payment card. This made no sense to me because I had followed Zealthy's instructions to cancel the account online. It felt to me like Zealthy was gouging me. I repeatedly contacted Zealthy's customer support line to tell the company to stop charging me, but they kept charging me over and over anyway.

6.      From October 2025 through the next several months, I was charged by Zealthy four separate times for a monthly subscription charge of $135 each time after I had already cancelled the Zealthy account.

7.      After I had cancelled and kept seeing monthly charges, I contacted Zealthy multiple times to point out that the company was still charging me even though I had cancelled. When I contacted Zealthy, they would just respond by emailing me a link and instructing me to use the link to cancel the account again. These emails were sent from a customer support email address by someone at Zealthy named Daniella who would tell me to use a link to cancel again. But whenever I tried to use that link, I would just get an error message that said "Your account does not exist," and then the Zealthy website would invite me to sign up all over again.

8.      I also discovered that Zealthy charged me for a prescription that I had never requested or ordered. I received a message within a few days after cancelling the account that said, "You're approved" for a prescription and had apparently been issued a

prescription by Zealthy. I learned that a prescription for Wegovy had been sent out by Zealthy to a CVS pharmacy for me. A CVS text message I received said that my Wegovy was ready. I was stunned by this because I had never ordered Wegovy. I had never requested Wegovy from anyone. I had also never uploaded any ID to Zealthy, never submitted any medical records to Zealthy, and had never spoken with a doctor there. And I had cancelled out the Zealthy membership before ever seeking a prescription. At no point between initially signing up on Zealthy's website and immediately cancelling the account and being sent this prescription did I ever interact with a doctor or medical professional. I never even had a phone call with a provider. At no point before receiving the text alert about the Wegovy had I ever requested or discussed getting Wegovy with any provider anywhere.

9.      To this date, the charges Zealthy made to me after I had already cancelled my account have never been refunded.

10.     I feel taken advantage of by Zealthy and regret ever getting involved with this scammy company.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on April ___9___, 2026 in ___Helena, MT___

Derek VanLuchene