**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 24-cv-21376-RAR**

UNITED STATES OF AMERICA,

      **Plaintiff,**

v.

ZEALTHY, INC., a corporation, and,
KYLE ROBERTSON, individually,

      **Defendants.**

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AS TO GERMAN
ECHEVERRY, GRONK, INC., AND BRUNO HEALTH, P.A.**

Plaintiff the United States hereby gives notice that pursuant to Federal Rule of Civil

Procedure 41(a)(1), Plaintiff voluntary dismisses without prejudice all claims in this action as to

German Echeverry, Gronk, Inc., and Bruno Health, P.A. Although earlier versions of the

complaint in this action included counts against German Echeverry, Gronk, Inc., and Bruno

Health, P.A. as defendants, Plaintiff's Third Amended Complaint, which is the currently

operative complaint, does not. German Echeverry, Gronk, Inc., and Bruno Health, P.A. have not

served any answer or motion for summary judgment in this action. Dismissal under Federal Rule

of Civil Procedure 41(a)(1) is therefore appropriate.

Dated: May 4, 2026                      Respectfully submitted,

                                     **FOR THE UNITED STATES OF AMERICA**

                                     By: */s/ Francisco L. Unger*
                                     Francisco L. Unger (A5503216)

Daniel K. Crane-Hirsch (A5501215)
David S. Lee (A5503492)
Trial Attorneys

BRETT A. SHUMATE
Assistant Attorney General

SARMAD M. KHOJASTEH
Deputy Assistant Attorney General

Civil Division
LISA K. HSIAO
Acting Director
ZACHARY A. DIETERT
Assistant Director
U.S. Department of Justice
Civil Division
Enforcement & Affirmative Litigation Branch
450 5th Street, N.W. Suite 6400-South
Washington, D.C. 20044
francisco.l.unger@usdoj.gov
Telephone: (202) 598-3855 (Unger)

Jason A. Reding Quiñones
United States Attorney
Southern District of Florida

Rosaline Chan
Assistant United States Attorney
Fla. Bar No. 1008816
United States Attorney's Office
99 N.E. 4th Street Miami, FL. 33132
Telephone: (305) 961-9335
Rosaline.Chan@usdoj.gov

***Counsel for Plaintiff the United States of America***