# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO.: 24-cv-21376-RAR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ZEALTHY, INC., a corporation, and,
KYLE ROBERTSON, individually,

        Defendants.

## DECLARATION OF DASHADINA BRAVO

I, Dashadina Bravo, declare:

1. I am a Paralegal in the Enforcement and Affirmative Litigation Branch of the Department of Justice. I make this declaration in support of Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. Exhibit 1 to this declaration is a true and accurate copy of a document produced by defendant Kyle Robertson in this litigation that begins with the bates stamp, Robertson_00425587.

3. Exhibit 2 to this declaration is a true and accurate copy of a document produced by defendant Zealthy in this litigation that begins with the bates stamp, Zealthy_1219527.

4. Exhibits 3 and 4 to this declaration are true and accurate copies of documents that were produced in this litigation by third party pharmacy, ReviveRx. These electronic prescription

records were produced by ReviveRx in response to requests from the government for the electronic prescription orders that Zealthy, Inc., had sent to ReviveRx corresponding to certain specific medication orders identified by patient name, date of the prescription order, and medication.

5. Exhibit 5 to this declaration is a true and accurate copy of a document produced by defendant Kyle Robertson in this litigation that begins with the bates stamp, Robertson_00141391.

6. Exhibit 6 to this declaration is a true and accurate copy of an excerpt of a spreadsheet produced by defendant Kyle Robertson in this litigation that begins with the bates stamp, Robertson_00141396. The excerpt consists of a screenshot of information contained on a tab of the spreadsheet that is titled "Revive List – sema new 57." The spreadsheet from which Exhibit 6 is drawn was an attachment to Exhibit 5, above.

7. Exhibit 7 to this declaration is a true and accurate copy of a document produced by defendant Kyle Robertson in this litigation, beginning with the bates stamp Robertson_00135673.

8. Exhibit 8 to this declaration is a true and accurate copy of a document produced by defendant Kyle Robertson in this litigation, beginning with the bates stamp, Robertson_00135675.

9. Exhibit 9 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

10. Exhibit 10 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

11. Exhibit 11 ████████████████████████████████████████

████████████████████████████████████████

12. Exhibit 12 ██████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

13. Exhibit 13 to this declaration is a true and accurate copy of the declaration of Angela Salter, Vice President, Partnership and Sales for LegitScript LLC, dated on June 30, 2026.

14. Exhibit 14 to this declaration is a true and accurate copy of excerpts of the final deposition transcript of Noor Zubair Siddiqi, taken on June 12, 2026.

15. Exhibit 15 to this declaration is a true and accurate copy of excerpts of the final deposition transcript of Carolina Macias, taken on April 13, 2026.

16. Exhibit 16 to this declaration is a true and accurate copy of excerpts of the final deposition transcript of James Prawdzik, taken on April 10, 2026.

17. Exhibit 17 to this declaration is a true and accurate copy of excerpts of the final deposition transcript of Steven Petteruti, taken on June 5, 2026.

18. Exhibit 18 to this declaration is a true and accurate copy of excerpts of the final deposition transcript of Theresa Stake, taken on May 14, 2026.

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 8th, 2026, in Washington D.C.

By: /s/ *Dashadina Bravo*

Dashadina Bravo

Declarant